UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

| | | |
|---|---|---|
| IN RE PRADAXA ) | MDL No. 2385 | |
| (DABIGATRAN ETEXILATE) ) | 3:12-md-02385-DRH-SCW | |
| PRODUCTS LIABILITY ) | **Judge David R. Herndon** | |
| LITIGATION ) | | |

_____

**This Document Relates to:**

| | | |
|---|---|---|
| Raymond John Yannuzzi, ) | ORDER GRANTING | |
| ) | MOTION TO SUBSTITUTE PARTY | |
| Plaintiff, ) | | |
| ) | Civil Action | |
| ) | No: 3:13-cv-50322-DRH-SCW | |
| vs. ) | | |
| ) | | |
| Boehringer Ingelheim Pharmaceuticals, ) | | |
| Inc., and Boehringer Ingelheim ) | | |
| International GmbH, ) | | |
| ) | | |
| Defendants. ) | | |

_____

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

Considering the Motion for Substitution of Party, and finding that said motion is meritorious and should be granted, the Court ORDERS as follows:

"Debra Marie Moses, as Personal Representative of the Estate of Raymond John Yannuzzi" shall be substituted for "Raymond John Yannuzzi" in this action, continuing the claims of Raymond John Yannuzzi on behalf of his Estate.

**Further,** the Court **DIRECTS** the Clerk of the Court to revise the docket accordingly.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2013.05.20 10:55:54 -05'00'

**Chief Judge**  **Date:  May 20, 2013**
**United States District Court**